IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02001-LTB

ERIC ADAMS,

    Applicant,

v.

D. BERKEBILE, Warden,

Respondent.

---

ORDER DENYING MOTION TO RECONSIDER

---

    Pending is the Motion Pursuant to Rule 60(b)(6) filed *pro se* by Applicant on August 15, 2014. Applicant seeks reconsideration of the Court's Order of Dismissal entered on November 4, 2013. The Court must construe the Motion liberally because Applicant is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will deny the Motion.

    Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994). Upon consideration of the Motion and the entire file, the Court finds that Applicant fails to demonstrate some reason why the Court should reconsider and vacate the November 4, 2013 Order of Dismissal. Accordingly, it is

ORDERED that the Motion Pursuant to Fed. R. Civ. P. 60(b), ECF No. 20, is denied.

DATED at Denver, Colorado, this  19th  day of  August , 2014.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court